```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

ANTONY PHILLIPS,                    :   Case Number: 1:12-cv-00042
                                    :
    Plaintiff,                      :   Senior Judge S. Arthur Spiegel
                                    :
  v.                              :
                                    :
B&T FINANCIAL SERVICES, LLC,        :   **ORDER**
                                    :
    Defendant.                      :

The Court record in this action indicates that the Clerk entered Default upon the docket as to Defendant B&T Financial Services, LLC on July 26, 2012, for its failure to answer, move or otherwise plead to Plaintiff's Complaint (doc. 5).  Accordingly, pursuant to S. D. Ohio Civ. R. 55.1(b), the Court hereby DIRECTS counsel for Plaintiff to advise the Court within twenty (20) days of the date of this Order of the status of default judgment proceedings against the Defendant.  Failure to comply with this Order may result in the dismissal of this action for failure to prosecute.

    SO ORDERED.

Date: April 24, 2013          s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge