# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Antony Phillips,<br><br>　　　Plaintiff,<br><br>v.<br><br>B&T Financial Services, LLC,<br><br>　　　Defendant. | Case No. 1:12-CV-00042-SAS-SKB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Macey Bankruptcy Law, P.C.

　　　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Dr., Suite 5150
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Telephone:  866-339-1156
　　　　　　　　　　　　　　　　　　　　Email:  jhyslip@maceybankruptcylaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served by placing a copy of the same in the U.S. Mail on May 2, 2013:

B&T Financial Services, LLC
c/o Alex Hamer
14025 Bromfield Road
Germantown, MC 20874

/s/ Jeffrey S. Hyslip